UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-197 |
| CURTIS DANTIN<br>GRAND ISLE SHIPYARDS, INC. | SECTION "H" |

## ORDER

**IT IS ORDERED** that a Status Conference is set for **JULY 19, 2018 at 9:00 a.m.** for the purpose of discussing defendants' Motions to Continue Trial (Rec. Docs. 415 & 417). Local counsel should appear before the undersigned in chambers, Rm C-206. Out-of-state counsel who wish to participate by phone may dial the call-in number provided by Government's counsel.

New Orleans, Louisiana, on this 18th day of July, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1