MINUTE ENTRY
MILAZZO, J.
July 19, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 15-197** |
| **BLACK ELK ENERGY OFFSHORE ET AL.** | **SECTION: "H"** |

## MINUTE ENTRY

On July 19, 2018, the Court held a status conference. Nick Moses participated in person and Emily Greenfield, Ken Nelson, and Samuel Lord participated by phone on behalf of the Government; Shaun Clarke participated by phone and Harry Rosenberg participated in person on behalf of Grand Isle; Eddie Castaing participated on behalf of Curtis Dantin; and Steven Lemoine participated by phone on behalf of Christopher Srubar.

**IT IS ORDERED** that the Government shall provide Defendants and the Court with an index specifically delineating which documents in its most recent production are duplicates, are Jencks material, or were previously produced by Grand Isle by noon on July 27, 2018.

**IT IS FURTHER ORDERED** that a follow-up status conference is **SET** for July 30, 2018 at 9:00a.m.

**IT IS FURTHER ORDERED** that the parties shall meet and confer regarding any remaining document production issues and shall communicate with the Court the results of that meeting by 5:00p.m. on July 27, 2018.

**IT IS FURTHER ORDERED** that all the deadlines for the filing of oppositions to all Motions in Limine are **CONTINUED** without date (Docs. 379, 381, 382, 383, 384, 389, 390, 391, 393, 394, 395, 396, 398, 399, 400, 401, 402, 403, 404, 405, 406).



(JS-10:60)