MINUTE ENTRY
MILAZZO, J.
NOVEMBER 28, 2018

JS-10: 00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 15-197 "H" |
| CURTIS DANTIN | |

## MOTION HEARING

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: KAREN IBOS
LAW CLERK:     EMMY SCHROETER

APPEARANCES:   EMILY GREENFIELD & NICHOLAS MOSES, AUSA
               EDWARD CASTAING, JR., FOR CURTIS DANTIN
               HARRY ROSENBERG, FOR GRAND ISLE SHIPYARDS, INC.

Case called at 9:45 a.m.

Counsel appear for the record.

Counsel argue defendant's Motion to Dismiss (Doc. 439), Motion in Limine (Doc. 441) & Motion to Strike (Doc. 443).

Motions are taken under submission by the Court.

Court adjourned at 10:15 a.m.

