UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-197 |
| VERSUS | SECTION "H" |
| CURTIS DANTIN | |

### NOTICE OF SENTENCING HEARING

Take Notice that this criminal case has been set for SENTENCING HEARING on **APRIL 25, 2019 at 9:30 A.M.** before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse, Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: January 23, 2019

TO:
Curtis Dantin (On Bond)
Counsel:   Eddie J. Castaing, Jr.

WILLIAM W. BLEVINS, CLERK

by:   **Erin Mouledous**
         **Case Manager**

AUSA:  EMILY KATHERINE GREENFIELD
           KENNETH E. NELSON
           NICHOLAS D. MOSES
           SAMUEL LORD

U.S. Marshal

U.S. Probation Office - U.S. Pretrial Services

FOREIGN LANGUAGE INTERPRETER:
      NONE

Myles.Matthew@epa.gov